In the Matter of the Application of ROSE M. PACKER, Respondent, v. LOUIS DE JONGE & Co., Appellant, Impleaded with CHARLES F. HART and Others, Defendants. (Appeal No. 2.) — Order of the County Court of Richmond county reversed, and motion to vacate order for appellant's

examination granted, in accordance with decision in this matter, decided herewith. (*Matter of Packer* v. *Hart, ante*, p. 926.) One bill of costs only in this court for the two appeals. (*Woodworth* v. *Brooklyn Elevated R. R. Co.*, 29 App. Div. 1, 3.) Jenks, P. J., Mills, Putnam, Kelly and Jaycox, JJ., concurred.